JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONAI EL-SHADDAI, also known as James R. Wilkerson, | Case No. CV 13-2327 RGK(JC) |
| Plaintiff, | JUDGMENT |
| v. | |
| L.D. ZAMORA, et al., | |
| Defendants. | |

In accordance with the Memorandum Opinion and Order Dismissing Third Amended Complaint and Action, IT IS ADJUDGED that the Third Amended Complaint is dismissed without leave to amend and that this action is dismissed with prejudice as to plaintiff's federal claims and without prejudice as to plaintiff's state law claims.

IT IS SO ADJUDGED.

DATED: May 8, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE